JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. CV 22-7197 PA (KKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ROYAL DISTRIBUTION GROUP, INC d/b/a M AND J SMOKE SHOP and ADEL RIAD, | |
| Defendants. | |

In accordance with the Court's March 3, 2023 Minute Order dismissing this action for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: March 3, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE